IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HILLARD BANFIELD**                                                                    **PLAINTIFF**
ADC # 500928

v.                              CASE NO. 4:24-cv-01082-BSM

**ERIC HIGGINS,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE